BEFORE HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

DATE 9/5/2019

CRIMINAL CAUSE FOR PLEADING

DOCKET # 17cr601(ENV)-2

| Defendant | COUNSEL |
|---|---|
| Salvatore Russo | Joseph Conway |

AUSA: Tanya Hajjar

Interpreter: n/a

COURT REPORTER: Lisa Schmid

X   CASE CALLED FOR PLEADING

X   DEFT SWORN

X   DEFENDANT ENTERS A PLEA OF GUILTY TO COUNT 2 of the INDICTMENT

X   COURT FINDS THAT THE PLEA WAS MADE KNOWINGLY & VOLUNTARILY AND NOT COERCED. COURT FINDS FACTUAL BASIS FOR THE PLEA & ACCEPTS PLEA OF GUILTY TO COUNT 2 of the INDICTMENT

X   SENTENCING WILL BE SCHEDULED AFTER THE PROBATION REPORT IS COMPLETE

Time in Court: 45 Minutes